STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

**JAYSON DIAZ MATOS**      Case No.   11-04955-SEK

Chapter 13     Attorney Name:    JUAN O CALDERON LITHGOW*

| | | | |
|---|---|---|---|
| **I. Appearances** | | | |
| Debtor | [ ] Present | [X] Absent | |
| Joint Debtor | [ ] Present | [ ] Absent | |
| Attorney for Debtor | [X] Present | [ ] Absent | |
| [ ] Prose | | | |
| [ ] Substitute | | | |

Date & Time:    7/12/2011   1:00:00PM

[ ] R     [X] NR    LV:

[ ] This is debtor(s) 0 Bankruptcy filing.

Creditors:

**II. Oath Administered**
     [ ] Yes      [X] No

**III. Plan**

Date:   06/09/2011     Base:    $10,800.00    Payments 0 made out of due.

Confirmation Hearing Date:    8/9/2011   9:00:00AM

Evidence of Pmt shown:

**Attorney's fees as per R. 2016(b)**

    $3,000.00   -   $0.00     =   $3,000.00

**IV. Status of Meeting**

[ ] Closed      [X] Not Held     [ ] Held/Continued

[ ] Held/Not Closed

[ ] Continued

Continued Date:

Comments:

[X] M.T.D. to be filed by Trustee: Debtor(s) failed to: [X] Appear: [X] Commence payments

  [ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

  [ ] MTD Already filed, see Docket:

  [ ] Other:

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

**JAYSON DIAZ MATOS**  Case No.  **11-04955-SEK**

    Chapter 13    Attorney Name:  **JUAN O CALDERON LITHGOW***

(Cont.)

**Trustee's Report on Confirmation**

[ ] **FAVORABLE**

[ ] **UNFAVORABLE**

| | |
|---|---|
| [ ] Feasibility | [ ] No provision for secured creditor(s) |
| [ ] Insufficiently funded | [ ] Treat value of collateral separately |
| [ ] Unfair discrimination | [ ] No provision for insurance |
| [ ] Fails disposable income | [ ] Tax returns missing |
| [ ] Fails liquidation value test |   [ ] State  - years |
| [ ] Insuarence quote | [ ] Federal  - years |

**Pending/Items/ Documents:**

| | |
|---|---|
| [ ] Assumption/Rejection executory contract | [ ] Business Documents |
| | [ ] Monthly reports for the months |
| [ ] Appraisal | |
| | [ ] Public Liability Insurance |
| [ ] DSO Recipient's Information | [ ] Premises |
| | [ ] Vehicle(s): |
| [ ] Evidence of being current with DSO | [ ] Licenses issued by: |
| [ ] Evidence of income | |

**COMMENTS**



**s/Pedro R Medina**                                                                       Date:      **07/12/2011**

**Trustee/Presiding Officer**                                                                          (Rev. 02/11)