UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO
**MINUTE OF HEARING**

*Hearing Information:*

Debtor: JAYSON DIAZ MATOS  Case Number: 11-04955-SEK
Joint Debtor: ___  Chapter: 13

Date / Time / Room: 8-12-2011  Courtroom #1
Bankruptcy Judge: Sara De Jesus
Courtroom Deputy: MARIBEL MONTALVO

*Matter:*
CONFIRMATION HEARING ON PLAN DATED 06/09/2011 (#2)

*Appearances:* ☐ Debtor ☐ Debtor's Attorney ☑ Trustee ☐ US Trustee ☑ Creditors/Others:

*Notes and Remarks:* *(Order will be entered electronically)

☐ Plan Dated: ___ ☐ As modified in open Court (see additional comments) was: ☐ Confirmed.* ☐ Denied.*
☐ Modified Plan Dated: ___ ☐ Approved ☐ Denied
☐ Motion filed by ___ is ☐ Granted* ☐ Denied* ☐ Withdrawn ☐ Moot.
☐ Debtor's motion requesting voluntary dismissal is hereby granted. *
☐ Case is dismissed for reasons stated in open Court. * ☐ Order to show cause is enforced and case is dismissed.*
  ☐ Trustee is awarded $100.00 for costs.
☐ Motion for Reconsideration was granted. * Order Dismissing Case entered on ___ is vacated and set aside.
☐ The case was converted for reasons stated in open Court. * ☐ ___ to pay conversion fees within ___ days.
☐ Debtor's ☐ Trustee's Objection to Claim No. ___ filed by ___ is:
  ☐ Granted* ☐ Denied* ☐ Withdrawn. ☐ Moot.
  Claim is :* ☐ Disallowed ☐ Allowed as ___.
☐ Application for Compensation and/or Reimbursement of Expenses filed by ___ is
  ☐ Approved in the amount of ___.* ☐ Denied.*
☐ 341 Meeting was rescheduled for: ___.

☐ Debtor (s) will show cause within fourteen days why this case should not be dismissed or converted for unreasonable delay that is prejudicial to creditors and an inability to obtain the confirmation of a plan, 11 U.S.C. Section 1307 (c) (1) (5). Failure to respond may cause the Court to dismiss or convert the case without further hearing.*

☐ Hearing rescheduled: ☐ Status conference set: ☐ Pretrial hearing for: ___.
☐ Clerk to give notice of hearing.* ☐ Clerk to follow up and return to chambers within ___ days consider pending matters (see additional comments)
☐ Clerk to refer file to chambers ___ days ahead of next hearing.
☑ Additional Comments:

Clerk to follow up on Trustee's Motion to dismiss (docket #13).